# NO. 12-22-00226-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE MATTER OF THE MARRIAGE OF ANITA TEDFORD AND CHRISTOPHER AARON TEDFORD AND IN THE INTEREST OF K.A.T., A CHILD* | § | *APPEAL FROM THE 369TH* |
| | § | *JUDICIAL DISTRICT COURT* |
| | § | *ANDERSON COUNTY, TEXAS* |

### MEMORANDUM OPINION
### PER CURIAM

This appeal is being dismissed for failure to comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.3(c).

A party who is not excused by statute or the appellate rules from paying costs must pay-- at the time an item is presented for filing--whatever fees are required by statute or Texas Supreme Court order. TEX. R. APP. P. 5. An appellate court may enforce Rule 5 by any order that is just. *Id*. After giving ten days' notice, an appellate court may dismiss an appeal because the appellant failed to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time. TEX. R. APP. P. 42.3(c).

On August 29, 2022, the Clerk of this Court notified Appellant, Candice Nichole Jeffcoat, that the filing fee in this appeal is due. Appellant was informed that failure to remit the filing fee on or before September 8, would result in the Court's taking appropriate action, including dismissal of the case without further notice. *See* TEX. R. APP. P. 42.3(c). The date for remitting the filing fee passed, and Appellant has not responded to this Court's notice, paid the filing fee, or otherwise shown that she is excused from paying the fee.[1]

---

[1] The case information sheet from the Anderson County District Clerk's Office reflects that Appellant has not been declared indigent.

Because Appellant failed, after notice, to comply with Rule 5, the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.3(c).

Opinion delivered September 22, 2022.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**SEPTEMBER 22, 2022**

**NO. 12-22-00226-CV**

**IN THE MATTER OF THE MARRIAGE OF ANITA TEDFORD
AND CHRISTOPHER AARON TEDFORD AND
IN THE INTEREST OF K.A.T., A CHILD**

Appeal from the 369th District Court

of Anderson County, Texas (Tr.Ct.No. DCCV21-2735-369)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*